UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHATEQUA LEGUETTE, JOANNE MILLER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>– against –<br><br>SCHWAN'S COMPANY, SCHWAN'S FOOD SERIVCE INC., SCHWAN'S CONSUMER BRANDS, INC., SFC GLOBAL SUPPLY CHAIN, INC.,<br><br>        Defendants. | **MEMORANDUM & ORDER**<br><br>17-CV-07599 |



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 27 2018 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior District Judge:**

  This putative class action is based on a claim that defendant's pies were advertised as being made with butter, but they contained insufficient amounts of that ingredient to warrant such a characterization.

  Motions for summary judgment are being made. Defendant moves for leave to file a sealed motion for summary judgment with declaration and exhibits. This motion will probably reveal ingredients and methods of manufacture of the product. Trade secrets will probably need to be revealed.

  Defendant's motion "for leave to file redacted versions of Defendant's Memorandum in Support of Motion for Summary Judgment and the supporting declaration of Jennifer Holmberg and exhibits, via the Court's ECF system, with unredacted versions of these documents to be filed under seal, for in camera review by the Court" is granted.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: September 26, 2018
Brooklyn, New York