# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:19−cv−02551−JBW−ST

| | |
|---|---|
| Leguette v. Schwans Company et al | Date Filed: 12/31/2017 |
| Assigned to: Judge Jack B. Weinstein | Date Terminated: 05/01/2019 |
| Referred to: Magistrate Judge Steven Tiscione | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Cause: 28:1332 Diversity−Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Joanne Miller**　　　　　　　　　　　　　　　represented by　**Joshua Levin−Epstein**
*individually and on behalf of all others*　　　　　　　　　　　　　　　Levin−Epstein & Associates, P.C.
*similarly situated*　　　　　　　　　　　　　　　　　　　　　　　　　One Penn Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 2527
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10119
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　516−343−0542
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: joshua@levinepstein.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Spencer I. Sheehan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sheehan & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　505 Northern Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 311
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Great Neck, NY 11021
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　516−303−0552
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 516−234−7800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: spencer@spencersheehan.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Schwan's Company**　　　　　　　　　　　　　represented by　**August Theodore Horvath**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Foley Hoag LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1540 Broadway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　23rd floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　646−927−5544
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ahorvath@foleyhoag.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Schwan's Consumer Brands, Inc.**　　　　　　represented by　**August Theodore Horvath**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schwan's Food Service, Inc.**               represented by   **August Theodore Horvath**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**SFC Global Supply Chain, Inc.**             represented by   **August Theodore Horvath**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2017 | Ï 1 | COMPLAINT against All Defendants filing fee $ 400, receipt number 0207−10083477 Was the Disclosure Statement on Civil Cover Sheet completed −YES,, filed by Shatequa Leguette. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons SFC Global Supply Chain, Inc., # 3 Proposed Summons Schwans Food Service, Inc., # 4 Proposed Summons Schwans Consumer Brands, Inc., # 5 Proposed Summons Schwans Company) (Levin−Epstein, Joshua) (Entered: 12/31/2017) |
| 12/31/2017 | Ï | Case assigned to Judge Jack B. Weinstein and Magistrate Judge Steven Tiscione. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 01/02/2018) |
| 12/31/2017 | Ï 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 01/02/2018) |
| 01/02/2018 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 01/02/2018) |
| 01/02/2018 | Ï 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 01/02/2018) |
| 02/06/2018 | Ï 5 | COURT ORDER ON CASE FILING directing Magistrate Judge Tiscione to treat case under Local Rule 72.2 and referring case to the Magistrate Judge for expedition and settlement. Ordered by Judge Jack B. Weinstein on 1/25/2018. (Barrett, C) (Entered: 02/06/2018) |
| 03/21/2018 | Ï 6 | WAIVER OF SERVICE Returned Executed by Shatequa Leguette. Schwans Consumer Brands, Inc. waiver sent on 3/20/2018, answer due 5/21/2018. (Levin−Epstein, Joshua) (Entered: 03/21/2018) |
| 03/21/2018 | Ï 7 | NOTICE of Voluntary Dismissal by Shatequa Leguette *against defendants Schwans Company, Schwans Food Service, Inc. and SFC Global Supply Chain, Inc.* (Levin−Epstein, Joshua) (Entered: 03/21/2018) |

| | | |
|---|---|---|
| 04/02/2018 | Ï 8 | Order Dismissing Defendants Schwan's Food Service, Inc., SFC Global Supply Chain, Inc. and Schwan's Company re 7 Notice of Voluntary Dismissal. Ordered by Judge Jack B. Weinstein on 3/24/2018. (Barrett, C) (Entered: 04/02/2018) |
| 04/10/2018 | Ï | STATUS REPORT ORDER. Counsel for Plaintiff shall electronically file a status report with respect to how it intends to proceed against remaining defendant Schwans Consumer Brands, Inc. by 4/13/2018. So Ordered by Magistrate Judge Steven Tiscione on 4/10/2018. (Vasquez, Lea) (Entered: 04/10/2018) |
| 04/20/2018 | Ï 9 | MOTION to Expedite *Expedition and Settlement as Referenced in Dkt. 5* by Shatequa Leguette. (Levin−Epstein, Joshua) (Entered: 04/20/2018) |
| 04/20/2018 | Ï 10 | NOTICE of Appearance by Spencer I. Sheehan on behalf of All Plaintiffs (aty to be noticed) (Sheehan, Spencer) (Entered: 04/20/2018) |
| 04/20/2018 | Ï 11 | SCHEDULING ORDER: An in−person initial conference will be held at 10:00 a.m. on May 21, 2018 before the undersigned in Hearing Room N504 in the North Wing. All counsel must attend. Counsel are directed to complete the attached *Discovery Plan Worksheet* and electronically file same with the Court no later than May 18th. So Ordered by Magistrate Judge Steven Tiscione on 4/20/2018. (Vasquez, Lea) (Entered: 04/20/2018) |
| 04/20/2018 | Ï 12 | NOTICE of Appearance by August Theodore Horvath on behalf of All Defendants (aty to be noticed) (Horvath, August) (Entered: 04/20/2018) |
| 04/26/2018 | Ï 13 | Letter MOTION to Amend/Correct/Supplement 11 Scheduling Order, by Schwans Consumer Brands, Inc.. (Horvath, August) (Entered: 04/26/2018) |
| 05/04/2018 | Ï | ORDER terminating 13 Motion to Amend/Correct/Supplement. Counsel are relieved of the requirement of providing the Court with a completed Discovery Plan Worksheet prior to the conference. All counsel shall appear for the May 21st conference. The Court will set a discovery schedule at that time if it is deemed necessary. So Ordered by Magistrate Judge Steven Tiscione on 5/4/2018. (Vasquez, Lea) (Entered: 05/04/2018) |
| 05/18/2018 | Ï 14 | Notice of Motion to Dismiss for Failure to State a Claim by Schwans Consumer Brands, Inc.. (Attachments: # 1 Memorandum in Support) (Horvath, August) Converted to a motion for summary judgment pursuant to 16 Order Judge Weinstein. *This entry has been modified on 5/24/2018 to indicate motion 14 has been converted.* (Barrett, C). (Entered: 05/18/2018) |
| 05/21/2018 | Ï 15 | Minute Entry for Initial Conference Hearing held on 5/21/2018proceedings held before Magistrate Judge Steven Tiscione: Sheehan for Plaintiff; Horvath for Defendants. For the reasons discussed on the record, the Court stays discovery pending a decision on Defendants' Motion to Dismiss. (FTR Log #10:17 − 10:22.) (Vasquez, Lea) (Entered: 05/21/2018) |
| 05/24/2018 | Ï 16 | ORDER. Defendant's motion to dismiss is converted to a motion for summary judgment. Either party may submit summary judgment motions by 6/27/2018. An evidentiary hearing on the parties motions for summary judgment shall be held on 7/12/2018, at 10:30 A.M. Ordered by Judge Jack B. Weinstein on 5/23/2018. (Barrett, C) (Entered: 05/24/2018) |
| 06/07/2018 | Ï 17 | AMENDED COMPLAINT *as of right and with added party* against All Defendants, filed by Shatequa Leguette. (Sheehan, Spencer) (Entered: 06/07/2018) |
| 06/08/2018 | Ï 18 | Letter MOTION for Extension of Time to File Response/Reply as to 17 Amended Complaint *(with Consent)* by Schwans Consumer Brands, Inc.. (Horvath, August) (Entered: 06/08/2018) |
| 06/11/2018 | Ï | ORDER granting 18 Motion for Extension of Time to File Response to Amended complaint is extended to August 6, 2018. So Ordered by Magistrate Judge Steven Tiscione on 6/11/2018. (Vasquez, Lea) (Entered: 06/11/2018) |

| | | |
|---|---|---|
| 07/05/2018 | 19 | ORDER postponing 7/12/2018 evidentiary hearing. The new dates for the briefing schedule and the evidentiary hearing shall be arranged with case coordinator. Ordered by Judge Jack B. Weinstein on 7/2/2018. (Barrett, C) (Entered: 07/05/2018) |
| 07/25/2018 | 20 | ORDER. An evidentiary hearing on the parties' motions for summary judgment shall be held on 10/2/2018, at 10:30 A.M, with the parties' summary judgment motions and laboratory reports due on 9/18/2018. Ordered by Judge Jack B. Weinstein on 7/24/2018. (Barrett, C) (Entered: 07/25/2018) |
| 08/20/2018 | 21 | MOTION for Discovery by Shatequa Leguette, Joanne Miller. (Sheehan, Spencer) (Entered: 08/20/2018) |
| 08/21/2018 | 22 | RESPONSE to Motion re 21 MOTION for Discovery filed by All Defendants. (Horvath, August) (Entered: 08/21/2018) |
| 08/21/2018 | | ORDER deferring ruling on 21 Motion for Discovery. The Court defers ruling on the motion for discovery and will hold an in–person hearing on the motion on September 5, 2018 at 2:00 PM in Courtroom 504N. So Ordered by Magistrate Judge Steven Tiscione on 8/21/2018. (Balocca, Louis) (Entered: 08/21/2018) |
| 08/21/2018 | | Set/Reset Hearings: Discovery Hearing set for 9/5/2018 02:00 PM in Courtroom 504 North before Magistrate Judge Steven Tiscione. (Balocca, Louis) (Entered: 08/21/2018) |
| 09/06/2018 | 23 | First MOTION for Extension of Time to Complete Discovery *and adjust briefing schedule and hearing date* by Shatequa Leguette, Joanne Miller. (Sheehan, Spencer) (Entered: 09/06/2018) |
| 09/07/2018 | 24 | Minute Order for Motion Hearing held on 9/5/2018 re 21 MOTION for Discovery filed by Joanne Miller, Shatequa Leguette before Magistrate Judge Steven Tiscione: Sheehan for Plaintiff; Horvath for Defendants. For the reasons discussed on the record, Plaintiff's Motion for Discovery 21 is denied as moot, as the parties will be able to work out the issues on their own. The parties are also hopeful that they will be able to reach a stipulation that will obviate the need for an evidentiary hearing, and will alert the District Court if that occurs. (FTR Log #2:18 – 2:28.) (Vasquez, Lea) (Entered: 09/07/2018) |
| 09/18/2018 | 25 | MOTION for Leave to Electronically File Document under Seal by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc.. (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment, # 2 Declaration of Jennifer Holmberg, # 3 Exhibit 1 to Declaration of Jennifer Holmberg, # 4 Exhibit 2 to Declaration of Jennifer Holmberg) (Horvath, August) (Entered: 09/18/2018) |
| 09/27/2018 | 26 | ORDER. An evidentiary hearing on defendant's motion for summary judgment shall be held on 12/4/2018 at 10:30 AM in Courtroom lOB South. Defendant's motion for summary judgment shall be filed by 10/15/2018, plaintiff's opposition filed by 11/8/2018, and defendant's reply filed by 11/22/2018. Ordered by Judge Jack B. Weinstein on 9/25/2018. (Barrett, C) (Entered: 09/27/2018) |
| 09/27/2018 | 27 | MEMORANDUM AND ORDER: Defendant's motion "for leave to file redacted versions of Defendant's Memorandum in Support of Motion for Summary Judgment and the supporting declaration of Jennifer Holmberg and exhibits, via the Court's ECF system, with unredacted versions of these documents to be filed under seal, for in camera review by the Court" is granted. Ordered by Judge Jack B. Weinstein on 9/26/2018. (Barrett, C) (Entered: 09/27/2018) |
| 09/27/2018 | | ELECTRONIC ORDER granting 25 Motion for Leave to Electronically File Document under Seal, as stated in the court's 9/26/2018 M&O. *See* ECF No. 27 . Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Jack B. Weinstein on 9/26/2018. (Barrett, C) (Entered: 09/27/2018) |
| 10/03/2018 | 28 | |

| | | |
|---|---|---|
| | | Joint MOTION for Protective Order *Governing Production of Confidential Information* by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc.. (Attachments: # 1 Proposed Order Governing Production of Confidential Information) (Horvath, August) (Entered: 10/03/2018) |
| 10/03/2018 | Ï | ORDER granting 28 Motion for Protective Order: The joint motion for protective Order Governing Production of Confidential Information is approved and hereby entered as an Order of the Court. So Ordered by Magistrate Judge Steven Tiscione on 10/3/2018. (Vasquez, Lea) (Entered: 10/03/2018) |
| 10/15/2018 | Ï 29 | Notice of MOTION for Summary Judgment by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of August T. Horvath in Support of Motion, # 3 Exhibit 1 to Declaration of August T. Horvath, # 4 Exhibit 2 to Declaration of August T. Horvath, # 5 Exhibit 3 to Declaration of August T. Horvath, # 6 Exhibit 4 to Declaration of August T. Horvath, # 7 Exhibit 5 to Declaration of August T. Horvath, # 8 Declaration of Jennifer Holmberg in Support of Motion, # 9 Exhibit 1 to Declaration of Jennifer Holmberg, # 10 Exhibit 2 to Declaration of Jennifer Holmberg) (Horvath, August) (Entered: 10/15/2018) |
| 10/15/2018 | Ï 30 | Notice of MOTION for Summary Judgment *(Redacted version)* by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of August T. Horvath in Support of Motion, # 3 Exhibit 1 to Declaration of August T. Horvath, # 4 Exhibit 2 to Declaration of August T. Horvath, # 5 Exhibit 3 to Declaration of August T. Horvath, # 6 Exhibit 4 to Declaration of August T. Horvath, # 7 Exhibit 5 to Declaration of August T. Horvath) (Horvath, August) (Entered: 10/15/2018) |
| 11/08/2018 | Ï 31 | MEMORANDUM in Opposition re 29 Notice of MOTION for Summary Judgment filed by All Plaintiffs. (Sheehan, Spencer) (Entered: 11/08/2018) |
| 11/14/2018 | Ï 32 | MEMORANDUM in Opposition re 30 Notice of MOTION for Summary Judgment *(Redacted version) (redacted version of plaintiffs' opposition)* filed by All Plaintiffs. (Sheehan, Spencer) (Entered: 11/14/2018) |
| 11/19/2018 | Ï 33 | Letter *Requesting Guidance on 12/4/2018 Evidentiary Hearing* by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc. (Horvath, August) (Entered: 11/19/2018) |
| 11/21/2018 | Ï 35 | REPLY in Support re 30 Notice of MOTION for Summary Judgment *(Redacted version)* filed by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc.. (Attachments: # 1 Declaration of August T. Horvath, # 2 Exhibit 1 to Declaration of August T. Horvath, # 3 Exhibit 2 to Declaration of August T. Horvath, # 4 Exhibit 3 to Declaration of August T. Horvath) (Horvath, August) (Entered: 11/21/2018) |
| 11/27/2018 | Ï 36 | ORDER re 33 Letter. Since Ms. Holmberg expects to be in Minnesota, she may appear by telephone or video. Ordered by Judge Jack B. Weinstein on 11/21/2018. (Barrett, C) (Entered: 11/28/2018) |
| 11/30/2018 | Ï | NOTICE of Hearing on Motion 14 MOTION for Summary Judgment, 29 Notice of MOTION for Summary Judgment , 30 Notice of MOTION for Summary Judgment *(Redacted version)* :Motion Hearing set for 12/4/2018 is adjourned to 1/7/2019 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 11/30/2018) |
| 01/04/2019 | Ï | NOTICE of Hearing on Motion 14 MOTION for Summary Judgment, 29 Notice of MOTION for Summary Judgment , 30 Notice of MOTION for Summary Judgment *(Redacted version)* : Motion Hearing set for 1/7/2019 is adjourned to 1/30/2019 at 02:00 PM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 01/04/2019) |
| 01/18/2019 | Ï 37 | ORDER. An evidentiary hearing on the defendant's motion for summary judgment is scheduled for 1/30/2019 at 2:00 P.M. The evidentiary hearing will be as broad as previously contemplated. See |

| | | |
|---|---|---|
| | | ECF Nos. 16 , 19 . Plaintiff Shatequa Leguette shall be present in person. The court wishes to evaluate her as representative of the class. Ordered by Judge Jack B. Weinstein on 1/17/2019. (Barrett, C) (Entered: 01/18/2019) |
| 01/25/2019 | Ï | NOTICE of Hearing on Motion 14 MOTION for Summary Judgment, 29 Notice of MOTION for Summary Judgment , 30 Notice of MOTION for Summary Judgment *(Redacted version)* : The time of the Motion Hearing set for 1/30/2019 is changed to 10:00 AM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 01/25/2019) |
| 01/30/2019 | Ï 39 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing held on 1/30/2019 re 30 Notice of MOTION for Summary Judgment filed by SFC Global Supply Chain, Inc., Schwan's Food Service, Inc., Schwan's Company, Schwan's Consumer Brands, Inc. Counsel for all sides present. Parties sworn. Evidentiary Hearing held. Motion argued and is denied with leave to renew after completion of expedited discovery. (Court Reporter L. Schmid.) (Barrett, C) (Entered: 02/07/2019) |
| 02/06/2019 | Ï 38 | ORDER granting in part and denying in part 30 Motion for Summary Judgment. Claims on behalf of a nationwide class are dismissed. The national class is dismissed. Miller's claims on behalf of a proposed class of Florida consumers are severed and transferred to the Middle District of Florida. Miller is ordered to file an appropriate amended complaint based on Florida law. **The Clerk of Court is directed to transfer the severed Florida complaint to the United States District Court for the Middle District of Florida.** Defendant's motion for summary judgment is otherwise denied for the reasons stated during the 1/30/2019 hearing. The New York based case is respectfully referred to the magistrate judge to supervise discovery. The parties may renew motions for summary judgment after its completion. The magistrate judge shall attempt to settle the dispute. Ordered by Judge Jack B. Weinstein on 2/4/2019. (Barrett, C) (Entered: 02/06/2019) |
| 02/06/2019 | Ï | Motion terminated, docketed incorrectly: 29 Notice of MOTION for Summary Judgment filed by SFC Global Supply Chain, Inc., Schwan's Food Service, Inc., Schwan's Company, Schwan's Consumer Brands, Inc. *See* ECF No. 27 . (Barrett, C) (Entered: 02/06/2019) |
| 02/11/2019 | Ï | SCHEDULING ORDER: The District Court has ruled that discovery shall proceed in this case. Accordingly, an in−person conference will be held before the undersigned at 11:30 a.m. on February 20, 2019 in Hearing Room N504 in the North Wing. All counsel must attend. So Ordered by Magistrate Judge Steven Tiscione on 2/11/2019. (Vasquez, Lea) (Entered: 02/11/2019) |
| 02/20/2019 | Ï 40 | Minute Entry for Status Conference held on 2/20/2019 before Magistrate Judge Steven Tiscione: Sheehan for Plaintiff; Horvath for Defendants. Parties will confer and propose a joint discovery schedule by February 27, 2019. (FTR Log #11:42 − 11:46.) (Vasquez, Lea) (Entered: 02/20/2019) |
| 02/28/2019 | Ï 41 | Proposed Scheduling Order *Stipulated by the Parties, filed* by Schwan's Company (Horvath, August) (Entered: 02/28/2019) |
| 02/28/2019 | Ï | The proposed discovery schedule calling for fact discovery to be completed by August 23, 2019 and expert discovery to be completed by November 27, 2019 is approved and hereby entered as an Order of the Court. An in−person settlement conference will be held at 3:00 p.m. on April 30, 2019 before the undersigned in Hearing Room N504 in the North Wing. All counsel must attend. Counsel shall electronically file their respective settlement position letters via ex parte electronic filing through the Court's ECF System no later than April 26th. So Ordered by Magistrate Judge Steven Tiscione on 2/28/2019. (Vasquez, Lea) (Entered: 02/28/2019) |
| 04/10/2019 | Ï | ORDER re Set Hearings. The discovery schedule is amended as follows: All discovery is to be completed by August 2, 2019. The class certification motion shall be fully briefed by September 6, 2019. The April 30th settlement conference will proceed as scheduled. So Ordered by Magistrate Judge Steven Tiscione on 4/10/2019. (Vasquez, Lea) (Entered: 04/10/2019) |
| 04/14/2019 | Ï 42 | |

| | | |
|---|---|---|
| | | First MOTION to Sever *and Transfer Miller Claims to MDFL* by Shatequa Leguette, Joanne Miller. (Attachments: # 1 Exhibit Transcript Selections, January 30, 2019, # 2 Exhibit Second Amended Complaint (Florida Plaintiff and Claims), # 3 Proposed Order Transferring Florida Claims to United States District Court, Middle District of Florida) (Sheehan, Spencer) (Entered: 04/14/2019) |
| 04/15/2019 | Ï 43 | MEMORANDUM in Opposition re 42 First MOTION to Sever *and Transfer Miller Claims to MDFL* filed by All Defendants. (Attachments: # 1 Exhibit 1, Excerpts of Transcript of Feb. 6, 2019, Hearing) (Horvath, August) (Entered: 04/15/2019) |
| 04/25/2019 | Ï 44 | Letter *EX PARTE SETTLEMENT POSITION STATEMENT* by Shatequa Leguette, Joanne Miller (Sheehan, Spencer) (Entered: 04/25/2019) |
| 04/26/2019 | Ï 45 | Letter *Ex Parte Settlement Position Paper* by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc. (Horvath, August) (Entered: 04/26/2019) |
| 04/26/2019 | Ï 46 | ANSWER to 17 Amended Complaint by SFC Global Supply Chain, Inc., Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc.. (Horvath, August) (Entered: 04/26/2019) |
| 04/29/2019 | Ï 47 | ORDER ON FLORIDA CLAIMS. Plaintiff is ordered to file by **5/3/2019** an amended complaint dealing with the proposed Florida claims only, complying with the court's 2/4/2019 order. **Thereafter, the Clerk of Court shall assign that amended complaint with the Florida claims a new cause of action number and transfer that action to the United States District Court for the Middle District of Florida.** Ordered by Judge Jack B. Weinstein on 4/29/2019. (Barrett, C) (Entered: 04/29/2019) |
| 04/30/2019 | Ï 48 | AMENDED COMPLAINT *Florida Only Claims* against Schwan's Consumer Brands, Inc., filed by Joanne Miller. (Sheehan, Spencer) (Entered: 04/30/2019) |
| 05/01/2019 | Ï 49 | Minute Entry for Settlement Conference held on 4/30/2019 before Magistrate Judge Steven Tiscione: Sheehan for Plaintiff; Horvath for Defendants. Settlement discussions were held but the parties were unable to reach a disposition at this time. (FTR Log #3:12 – 3:14, 3:47 – 3:49.) (Vasquez, Lea) (Entered: 05/01/2019) |
| 05/01/2019 | Ï | Case transferred to District of Middle District of Florida. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Marziliano, August) (Entered: 05/01/2019) |