AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Leguette | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:19-cv-00501-TJC-JBT |
| Schwans Company et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shatequa Leguette, Joanne Miller, individually and on behalf of all others similarly situated    .

Date:   05/13/2019

/s/Michael J. Duggar
*Attorney's signature*

Michael J. Duggar/80306
*Printed name and bar number*

Law Office of Michael J. Duggar

P.O. Box 192
Christmas, FL 32709
*Address*

litig8tr59@gmail.com
*E-mail address*

(321) 251-7766
*Telephone number*

(321) 226-0244
*FAX number*