UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NUMBER 3:19-cv-00501-TJC-JBT

Shatequa Leguette, Joanne Miller, individually and on behalf of all others similarly situated

                Plaintiffs

       vs.

Schwan's Company et al.

              Defendants      /

**MOTION FOR SPECIAL ADMISSION AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Local Rule 2.02(a) of the United States District Court for the Middle District of Florida, Joanne Miller, individually and on behalf of all others similarly situated ("Plaintiff"), by and through her undersigned attorney, moves this Court for an order allowing Spencer Sheehan of Sheehan & Associates, P.C. ("Mr. Sheehan"), to appear in this Court as co-counsel on behalf of Plaintiff in the above-styled lawsuit. In support of this motion, Plaintiff states:

1.     Mr. Sheehan and Sheehan & Associates, P.C., have been retained to represent Plaintiff as co-counsel in all proceedings conducted in this case.

2.     Mr. Sheehan is not a resident of Florida or admitted to practice in the Middle District of Florida. He does not maintain a regular practice of law in Florida and has not abused the privilege of appearing *pro hac vice* in this Court, as defined by Local Rule 2.02(a).

3.     Mr. Sheehan is a member in good standing and admitted to practice before the State Bar of New York, with New York Bar Number 4942520. See attached Exhibit A.

4. Mr. Sheehan is also admitted to practice and in good standing in the United States District Courts for the following: Northern, Southern and Eastern Districts of New York, Northern District of Florida and the Second Circuit Court of Appeals.

5. Mr. Sheehan is familiar with and will be governed by the Local Rules, United States District Court, Middle District of Florida, including Local Rule 2.04. Mr. Sheehan is familiar with and will be governed by the Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Mr. Sheehan designates Michael J. Duggar ("Mr. Duggar") and the law firm of Law Office of Michael J. Duggar, P.O. Box 192 Christmas, FL 32709, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case. Mr. Duggar will serve as local counsel in this matter.

7. Through his signature below, Mr. Duggar consents to such designation and certifies that Mr. Sheehan will comply with the e-filer registration, which has been submitted and fee requirements of Local Rule 2.01(d).

8. Within seven (7) days from the date of an order granting this Motion, Mr. Sheehan will pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order.

WHEREFORE, pursuant to Local Rule 2.02(a), Plaintiff respectfully requests that this Court enter an order admitting Spencer Sheehan to practice before this Court by special admission in the above-captioned matter.

Dated: May 13, 2019

                                      Respectfully submitted,
                                      **LAW OFFICE OF MICHAEL J. DUGGAR**

                                 By: /s/Michael J. Duggar

Michael J. Duggar
Florida Bar No. 80306
P.O. Box 192
Christmas, FL 32709
(321) 251-7766 – Tel.
(321) 226-0244 – Fax
litig8tr59@gmail.com

*Local Counsel for Plaintiff*

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan*
New York Bar No. 4942520
505 Northern Blvd., Suite 311
Great Neck, NY 11021
(516) 303-0552 – Tel.
(516) 234-7800 – Fax
spencer@spencersheehan.com

*Additional Counsel for Plaintiff*
* seeking special admission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing to be served using the Court's CM/ECF system to those parties registered to receive electronic notices of filing in this case on May 13, 2019.

/s/ *Michael J. Duggar*
Michael J. Duggar
