**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILE DIVISION**

**JOANNE MILLER,**
**individually and on behalf of all**
**others similarly situated,**

**Plaintiff,**

**CASE NO. 3:19-cv-00501-TJC-JBT**

**vs.**

**SCHWAN'S COMPANY; SCHWAN'S CONSUMER BRANDS, INC.; SCHWAN'S FOOD SERVICE, INC.; and SFC GLOBAL SUPPLY CHAIN, INC.**

**Defendants.**
_______________________________________/

**DEFENDANTS, SCHWAN'S COMPANY, SCHWAN'S CONSUMER BRANDS, INC., SCHWAN'S FOOD SERVICE, INC. AND SFC GLOBAL SUPPLY CHAIN, INC.'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

Defendants, Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc., and SFC Global Supply Chain, Inc. (collectively, "Defendants"), pursuant to Federal Rules of Civil Procedure 6(b), move for an enlargement of time to respond to Plaintiff's Amended Complaint [Doc. 48], to which Plaintiff has consented, and in support states:

**BASIS FOR RELIEF**

1. On April 29, 2019, the Honorable Jack B. Weinstein, the United States District Judge who previously presided over this matter, ordered the Plaintiff to file an amended complaint dealing with Florida specific claims on or before May 3, 2019,

whereupon the matter would be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. [Doc. 47].

2. Thereafter, on April 30, 2019, Plaintiff filed its Amended Complaint [Florida Claims Only]. [Doc. 48].

3. On May 2, 2019, consistent with Judge Weinstein's Order, this proceeding was transferred from the United States District Court, Eastern District of New York, to the United States District Court in and for the Middle District of Florida, Jacksonville Division. [Doc. 50].

4. Since the transfer of the matter, Defendant retained the undersigned local counsel, who has made an appearance in this matter contemporaneously herewith.

5. The response to the Amended Complaint is due May 14, 2019.

6. Due to the transfer of the proceeding, Defendants wish to have additional time to confer and evaluate the procedural posture of the case, analyze the Amended Complaint as it pertains to Florida law, and properly prepare a written response to the Plaintiff's Amended Complaint.

7. Thus, Defendants request an extension of time of thirty (30) days from May 14, 2019, through and including June 14, 2019, to file a response to the Amended Complaint.

8. This requested extension is not being sought for the purposes of delay and will not prejudice any party to this proceeding.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure permits the Court to extend deadlines in a proceeding for good cause. The Defendants have good cause to seek the

enlargement of time as set forth herein as articulated in the basis for relief set forth above. This motion is not being submitted for purposes of delay, and no prejudice will be suffered by any party.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned counsel certifies that, August Horvath, *Special Admission Pro Hac Vice Pending*, conferred with counsel for Plaintiff on May 13, 2019, who agreed and consented to the relief requested herein.

WHEREFORE, Defendants, Schwan's Company, Schwan's Consumer Brands, Inc., Schwan's Food Service, Inc., and SFC Global Supply Chain, Inc., request that the Court enter an order granting Defendants' Motion, and provide an extension of time through and including June 14, 2019, to respond to Plaintiff's Amended Complaint [Doc. 47], and for such other and further relief as the Court deems appropriate.

SHUMAKER, LOOP & KENDRICK, LLP

By: */s/ Michele Leo Hintson*

MICHELE LEO HINTSON, ESQ.
Florida Bar No. 604941
mhintson@shumaker.com
THOMAS F. McDONNELL, JR., ESQ.
Florida Bar No. 113349
tmcdonnell@shumaker.com
101 East Kennedy Boulevard – Ste 2800
Tampa, Florida 33602
PH: 813.229-7600
FAX: 813.229.1660
Attorneys for Defendants

*-and-*

August T. Horvath
New York State Bar No. 2833234
*Pro Hac Vice Admission Pending*
ahorvath@foleyhoag.com
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
Telephone: (646) 927-5500
Fax: (646) 927-5599
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and further sent the foregoing via electronic and U.S. Mail to:

| | |
|---|---|
| **Joshua D. Levin-Epstein, Esq.**<br>Levin-Epstein & Associates, P.C.<br>One Penn Plaza - Suite 2527<br>New York, NY 10119<br>joshua@levinepstein.com | **Michael J. Duggar, Esq.**<br>Michael J. Duggar, PA<br>PO Box 192<br>Christmas, FL 32709-0192<br>mduggar@cfl.rr.com |
| **Spencer I. Sheehan, Esq.**<br>Sheehan & Associates, P.C.<br>505 Northern Boulevard - Suite 311<br>Great Neck, NY 11021<br>spencer@spencersheehan.com | |

*/s/ Michele Leo Hintson*
ATTORNEY