**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**JOANNE MILLER,**
individually and on behalf of all
others similarly situated,

        **Plaintiff,**                      CASE NO. 3:19-cv-00501-TJC-JBT

**vs.**

**SCHWAN'S COMPANY; SCHWAN'S
CONSUMER BRANDS, INC.; SCHWAN'S
FOOD SERVICE, INC.; and SFC GLOBAL
SUPPLY CHAIN, INC.**

        **Defendants.**
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, Schwan's Company; Schwan's Consumer Brands, Inc.; Schwan's Food Service, Inc.; and SFC Global Supply Chain, Inc., through the undersigned counsel, disclose the following pursuant to this Court's Interested Persons Order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Schwan's Company
    b.    Schwan's Consumer Brands, Inc.
    c.    Schwan's Food Service, Inc.
    d.    SFC Global Supply Chain, Inc.
    e.    CJ CheilJedang
    f.    Joanne Miller
    g.    Foley Hoag, LLP
    h.    August Horvath

      i.      Shumaker, Loop & Kendrick, LLP
      j.      Michele Leo Hintson
      k.     Thomas M. McDonnell
      l.      Joshua Levin-Epstein
      m.    Spencer I. Sheehan
      n.     Michael J. Duggar
      o.     Levin-Epstein & Associates, P.C.
      p.     Sheehan & Associates, P.C.
      q.     Law Office of Michael J. Duggar

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      a.     None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a.     None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      a.     N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated: June 5, 2019

      /s/ August Horvath
FOLEY HOAG LLP
**AUGUST HORVATH, ESQ.**
New York State Bar No. 2833234
*Admitted pro hac vice*
Email: ahorvath@foleyhoag.com
1301 Avenue of the Americas, 25th floor
New York, NY 10019
Telephone: (646) 927-5544

- and -

*/s/ Michele Leo Hintson*
SHUMAKER, LOOP & KENDRICK, LLP
**MICHELE LEO HINTSON, ESQ.**
Florida Bar No. 604941
Primary Email: mhintson@shumaker.com
Secondary Email: kgrotz@shumaker.com
**THOMAS F. McDONNELL, JR., ESQ.**
Florida Bar No. 113349
Primary Email: tmcdonnell@shumaker.com
Secondary Email: dmazzarella@shumaker.com
101 East Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| **Joshua D. Levin-Epstein, Esq.**<br>Levin-Epstein & Associates, P.C.<br>One Penn Plaza - Suite 2527<br>New York, NY 10119<br>joshua@levinepstein.com | **Michael J. Duggar, Esq.**<br>Michael J. Duggar, PA<br>PO Box 192<br>Christmas, FL 32709-0192<br>litig8tr59@gmail.com |
| **Spencer I. Sheehan, Esq.**<br>Sheehan & Associates, P.C.<br>505 Northern Boulevard - Suite 311<br>Great Neck, NY 11021<br>spencer@spencersheehan.com | |

*/s/ Michele Leo Hintson*
ATTORNEY
