# Exhibit 1

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 2  -------------------------------x
    SHATEQUA LEGUETTE, et al
 3               PLAINTIFFS              17 CV 7599(JBW)

 4  versus                               U. S. Courthouse
                                         225 Cadman Plaza East
 5  SCHWAN'S COMPANY, et al,             Brooklyn, New York
                                         January 30, 2019
 6               DEFENDANTS.             10:00 a. m.
    -------------------------------x
 7

 8          TRANSCRIPT OF CIVIL CAUSE FOR MOTION HEARINGL
                BEFORE THE HONORABLE JACK WEINSTEIN
 9                 UNITED STATES DISTRICT JUDGE

10                        APPEARANCES

11  Attorney for Plaintiff:

12  SHEEHAN & ASSOCIATES, PC
    505 Northern Boulevard, Suite 311
13  Great Neck, New York 11021
    BY:   SPENCER SHEEHAN, ESQ.
14

15  Attorneys for Defendants:

16  FOLEY HOAG, LLP
    1540 Broadway, 23rd Floor
17  New York, New York 10036
    BY:  AUGUST HORVATH, ESQ.
18       MITAL PATEL, ESQ.

19  ALSO PRESENT:      SHATEQUA LEGUETTE

20                     JENNIFER HOLMBERG

21  Court Reporter:
    LISA SCHMID, CCR, RMR
22  Official Court Reporter
    225 Cadman Plaza East
23  Brooklyn, New York 11201
    Phone:  718-613-2644 Fax:  718-613-2379
24
    Proceedings recorded by mechanical stenography.  Transcript
25  produced by computer-aided transcription.
```

```
 1                MS. LEGUETTE:  Yes.
 2                THE COURT:  So that will have to go forward, and the
 3    Second Circuit has recently held, as I understand it, that
 4    before dealing with the certification issue, discovery at
 5    least on that issue should be completed.
 6                We have that case, do we not?
 7                LAW CLERK:  (Nods head affirmatively.)
 8                THE COURT:  Yes.
 9                Now, I don't see anything further that I can do on
10    the Motion for Summary Judgment.  I'll hold it in abeyance,
11    and I'll allow the parties to bring it to the Court's
12    attention for argument based on a new set of papers, which
13    will include all of the discovery, and that will be the end of
14    our Motion for Summary Judgment discussion.  Okay?
15                MR. HORVATH:  Okay.
16                THE COURT:  Okay?
17                MR. SHEEHAN:  Yes, Your Honor.
18                THE COURT:  Now, let me -- this matter -- there's a
19    great judge.  He's dead now.  I guess all the great judges are
20    dead now -- Learned Hand.  And he -- I'm paraphrasing -- he
21    said that he would avoid litigation at all costs, because it
22    takes a lot of time and money, and so on.
23                (Pause in proceedings.)
24                THE COURT:  Will you be able to finance this case,
25    madam?
```