UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOANNE MILLER, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                                                       CASE NO. 3:19-cv-501-J-32JBT

SCHWAN'S COMPANY, et al.,

      Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's letter ("Letter") (Doc. 71) informing the Court of her intent to file an amended complaint on or before July 8, 2019 in response to Defendant Schwan's Consumer Brands, Inc.'s Motion to Dismiss (Doc. 69). Although the Court appreciates the notice, filing of a letter does not comply with the Local Rules of this Court.

Pursuant to Local Rule 3.01(f), "unless invited or directed by the presiding judge," any request for relief or other communication with the Court must be made in the form of a motion or a notice and "shall not be addressed or presented to the Court in the form of a letter or the like." On the substance of the Letter, because Plaintiff has already filed an Amended Complaint (Doc. 48) in response to a court order, it is unclear whether Plaintiff may now file another amended complaint without leave of court pursuant to Federal Rule of Civil Procedure 15. Therefore, Plaintiff

must file an appropriate motion seeking leave to amend her complaint that complies with the Local Rules of this Court. Specifically, Local Rule 3.01(g) requires that the motion contain a statement "(1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." The motion must also contain a memorandum of law (albeit likely brief in this instance) as required by Local Rule 3.01(a). Additionally, the motion must attach the proposed amended complaint.

Accordingly, it is **ORDERED**:

1. The Letter (**Doc. 71**) is **STRICKEN**.

2. **On or before July 8, 2019**, Plaintiff shall file a proper motion to amend her complaint in compliance with this Order and all applicable rules.

**DONE AND ORDERED** at Jacksonville, Florida, on July 1, 2019.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record