**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOANNE MILLER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SCHWAN'S COMPANY, SCHWAN'S CONSUMER BRANDS, INC., SCHWAN'S FOOD SERVICE, INC., and SFC GLOBAL SUPPLY CHAIN, INC.,

    Defendants.

Case No. 3:19-cv-501-J-32JBT

## O R D E R

Upon review of Notice of Voluntary Dismissal (Doc. 79), filed on September 25, 2019, this case is dismissed without prejudice. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of September, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies:
Counsel of record